**ORIGINAL**   *sealed*

25-MAR '10 AM 11:11

# United States District Court
# Northern District of Texas
### Dallas Division

**SEALED**

UNITED STATES OF AMERICA

V.

TITO MILLER PARRA-ISAZA
a/k/a Miguel Angel
a/k/a Juan Pablo Leyba

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:10-CR-73-K (07)

MAG. CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   TITO MILLER PARRA-ISAZA

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Sealed Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with:

Conspiracy to Launder Monetary Instruments; Money Laundering; Forfeiture Allegation.

in violation of Title   18; 21 and 18

United States Code, Section(s)

1956(h); 1956(a)(1)(B)(i); 1957; 1956(a)(2)(B)(i); 853 and 982

2015 FEB 26 PM 1:09
CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
DEPUTY CLERK /s/ T. Meneke

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

U.S. Magistrate Judge Wm. F. Sanderson

/s/ Karen Mitchell
Signature of Issuing Officer

Mar 25, 2010              Dallas, TX
     Date                  Location

s/A. Monserrate
(By) Deputy Clerk

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| EXTRADITED FROM MEXICO |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 2/20/15 | DUSM | |
| DATE OF ARREST 2/20/15 | | |

1875053